# EXHIBIT A

November 4, 2020

The Honorable Solomon Oliver
Carl B. Stokes United States Court House
801 West Superior Avenue, Room 17-A
Cleveland, OH  44113

Your Honor,

I am writing on behalf of my friend, Danny McMahon.

I first met Danny in the Spring of 2008 at Red Tail Golf Club, when he was doing what most men shouldn't, teaching his wife how to play golf.  I introduced myself to Danny and Julie as I recognized that they were new to the RedTail Golf Club and community where my wife and I have lived since 1998.

It was easy to strike up a conversation with Danny as he is a very engaging person.  I learned how he used to work for Southwest Airlines in Chicago and came to Cleveland with Julie as they wanted to start a family and be closer to her parents as well as his mom, who lives in Pittsburgh.  I found out how Danny's father passed away when he was younger, and we shared that common bond. I also learned that there was nothing Danny wouldn't do for you, as he was always there willing to lend a helping hand when needed. Through this, I also learned how much family means to Danny and was impressed by how family always came first in his life.

Being a resident of the Red Tail community, I witnessed first hand how Danny took a housing development that had been hard hit by the 2008-2009 recession, restart construction on a partially completed home and use that as a platform to build a successful business building 3-5 homes a year.  His hard work and determination were instrumental in allowing the developers of Red Tail to not only work through existing inventory of vacant lots, but to also be able to expand into other undeveloped tracts of land, creating new inventory for Danny to build on.

During this time, Danny and Julie were successful in bringing their son Grant into the world, through the miracle of invitro fertilization, which allowed my wife and I to become closer to them as we had gone through the invitro process as well, but without success.  This allowed us to share our experience with them and counsel them through the emotional roller coaster that it is.  Through this, Danny remained positive and upbeat, while addressing his weaknesses in his effort to support Julie as they worked together to achieve their dreams.  I observed how Danny, like many of us husbands, had to learn to meet the needs of someone else in his life.

When Grant was born, I saw a change in Danny.  The man who moved to Cleveland with his wife to be closer to family and start one of his own, stepped into the shoes of Fatherhood, and it was something to behold.  To see how he loved Grant and the smile that Grant put on his face was truly special.  I witnessed firsthand how Danny had to evolve and learn how to not only be a father, but teacher and disciplinarian.  I also saw how this impacted his marriage and the changes that he had to make to adjust to what was "new" in his life.  Through this, I again saw how hard

of a worker he is and how determined he is to succeed.  Most importantly, I learned that his success is not driven by financial gain, but by how he can positively impact someone's life and help them experience their dreams.

I can truly say that personally, I am a better person because I met Danny McMahon.  He makes me laugh, he challenges me and truly cares about me.  For example, Danny and I come from different backgrounds, he is Catholic and I am Protestant.  I have had numerous opportunities to share my faith and what I believe with Danny.  At first, I was unsure as to how it was received or whether he truly listened, until one time (and numerous times thereafter) we sat down to dinner and I started to eat.  Danny looked at me and said "Thomas, are you not going to pray first?"  From that moment on, I knew that Danny would not let me get away with "just words", he also expected my actions to back up my words.  He is one of the few friends I have, maybe even the only one, who can and will challenge me like that.

Over the years, I have become extremely close to Danny.  My wife and I have had a front row seat to the ups and downs that he and Julie have experienced.  Whether it was the addition of their two daughters, Brooke and Blair into their lives, or the ultimate failure of Danny's business, we have been with them every step of the way and have seen such growth and maturity result from it.  Through this, Danny has grown in humility but has also embraced grace.  His love for his family is without end and I see it returned to him by the way his kids wrap him in their arms when he returns from a business trip.  I hear it in Julie's laugh when we are together, when he says something that is funny or kind of crazy.

I have had the opportunity to counsel Danny many times through some really difficult situations, and I can honestly say he has never run or turned away from tough words and/or criticism. There is no quit in Danny McMahon.  Every time, he has shown me that he wants to do the right thing, whether it be in loving his wife, caring for his children or how he conducts his business.

Aside from my wife, there is no one who is closer to me than Danny McMahon.  There is no one who has taken the time to get to know me as he has.  When we get together, he doesn't ask superficial questions, he goes right to the heart of the matter.  While I would like to say that I am special in this regard, I am confident that I am not the only person he makes feel this way. Danny is a special person. He has a gift of being able to connect with people, make them feel important and bring joy to their lives.  He is truly a special person that is deserving of grace and I just hope that I and many others can give that to him in spades.

Sincerely,