## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA      *
                                    *
             v.                  *         CASE NO.    1:20-CR-402
                                    *
                                    *
DANIEL J. McMAHON         *
                               *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Defendant is not facing a substantial sentence.

_____

Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

_____

_____

Date:  12/15/2020                           /s/ Solomon Oliver, Jr._____
                                              United States District Judge